JAMES BUSTAMANTE, SBN 133675  
809 Montgomery Street, 2nd Floor  
San Francisco CA 94133  
Telephone 415/394-3800  
Fax       415/394-3806  

Attorney for Defendant  
KEVIN KIRKPATRICK  

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KEVIN KIRKPATRICK,<br><br>　　　　Defendant | Case No.: 12-198 MCE<br><br>ORDER GRANTING DEFENDANT'S APPLICATION FOR WAIVER OF PERSONAL APPEARANCE<br>[Fed.R.Crim.P.43(b)(3)] |

　　Defendant's application for waiver of personal appearance is hereby granted and his personal presence in open court for the hearing on any status conference, motion or other proceeding in this case has been waived. Defendant Kirkpatrick remains required to be personally present for any plea, sentencing, or jury trial, and when so ordered by the Court.

　　IT IS SO ORDERED.

May 5, 2015

_____  
MORRISON C. ENGLAND, JR, CHIEF JUDGE  
UNITED STATES DISTRICT COURT