IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> KEVIN KIRKPATRICK, et al., ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | NO. 12-CR-198--MCE <br><br> ORDER GRANTING DEFENDANT KEVIN KIRKPATRICK'S SECOND AMENDED MOTION TO WITHDRAW HIS MOTION TO QUASH AND VACATE MOTION HEARING; AND, TO SET A CHANGE OF PLEA HEARING DATE |

Upon the amended and unopposed motion of defendant Kevin Kirkpatrick, it is hereby ordered that defendant Kirkpatrick's Motion to Quash Search Warrant and Suppress Evidence (Doc. # 650) be withdrawn and the hearing date on said motion scheduled for January 21, 2016 be vacated.  It is further ordered that a change of plea hearing for defendant Kirkpatrick be set for February 11, 2016.

///

///

The Court further finds for the purpose of commuting the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from January 20, 2016 extending through February 11, 2016, inclusive, is deemed excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) corresponding to Local Codes T-2 and T-4, on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  February 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT